**REDACTED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION



-FILED-

SEP 24 2025

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT |
| | ) | |
| v. | ) | Case No.: 1:25-CR-62 |
| | ) | Violation: |
| LUCAS A. KERN | ) | 18 U.S.C. § 2252A(a)(5)(B) |
| | ) | and (b)(2) |

**THE GRAND JURY CHARGES:**

On or about January 23, 2024, through and including on or about August 21, 2025, in the Northern District of Indiana,

**LUCAS A. KERN,**

defendant herein, did knowingly possess and knowingly access with intent to view, any book, magazine, periodical, film, videotape, computer disk, and any other material that contains an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), that has been mailed and shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, including an image of child pornography involving a prepubescent minor and a minor who had not attained 12 years of age.

All in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).

## PRIOR CONVICTION

Before LUCAS A. KERN committed the offense charged in Count 1 of the Indictment, LUCAS A. KERN, had a prior conviction under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, to wit:

On or about May 8, 2015, LUCAS A. KERN, was sentenced on his conviction in Ward County District Court, State of North Dakota, case number 51-2014-CR-02012, for Gross Sexual Imposition, a class A felony.

## FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 2253.

Upon conviction of the offense alleged in Count 1, the defendant shall forfeit to the United States of America:

    a.    Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense(s); and

    b.    Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense(s).

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as

incorporated by Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

                              A TRUE BILL:

                              */s/ Foreperson*
                              Foreperson

M. SCOTT PROCTOR
ACTING UNITED STATES ATTORNEY

      */s/ Dawn R. Ransom*
By:  Dawn R. Ransom
       Assistant United States Attorney

4